**Order issued June 30, 2021**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01137-CR

## NICHOLAS RYAN NADEAU, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-83228-2018

### ORDER
Before Justices Schenck, Reichek, and Carlyle

Before the Court is attorney Matthew Maddox's May 22, 2020 motion to withdraw as counsel for appellant Nicholas Ryan Nadeau. Based on the Court's opinion of this date, we **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Matthew Maddox as counsel of record for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this

order. Once appointed, appellate counsel shall investigate the record and file a brief addressing the issue noted in the opinion in this case, as well as any other grounds that might arguably support the appeal, within **THIRTY** days of the appointment.

We **DIRECT** the Clerk of the Court to send copies of this order to: the Honorable John R. Roach, Jr., Presiding Judge, 296th District Court of Collin County; Matthew Maddox; the Collin County District Attorney's Office, Appellate Division; and appellant Nicholas Ryan Nadeau, TDCJ# 02283434, Cole Unit, 3801 Silo Road, Bonham, Texas 75418.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated when the order appointing counsel is received or the Court deems it appropriate to do so.

/s/ CORY L. CARLYLE
JUSTICE